# Third District Court of Appeal
## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1352
Lower Tribunal No. 19-9346

_____

**Adolfo Perez Sr., et al.,**
Appellants,

vs.

**Adolfo Perez Jr., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Weissman & Dervishi, P.A., and Peter A. Tappert, for appellants.

Choi & Menezes, LLP, and IL Young Choi, for appellees.

Before EMAS, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. See Abramson v. Brant, 141 So. 2d 777, 778 (Fla. 3d DCA 1962) ("[T]he court making the appointment [of a receiver] may, at its

discretion, during the pendency of the action make such further orders as are necessary and proper for the protection of the property and interests concerned."); <u>Puma Enters. Corp. v. Vitale</u>, 566 So. 2d 1343, 1345 (Fla. 3d DCA 1990) (affirming, under an abuse of discretion standard, the trial court's *ex parte* order expanding the scope of an existing receivership to include an assignee of assets subject to the initial receivership).